United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JESSE WILLARD,

          Plaintiff,

       v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

          Defendants.

Case No. 19-cv-02942 NC (PR)

**ORDER OF TRANSFER**

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred primarily at California State Prison, Corcoran, which is located in Kings County within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

      **IT IS SO ORDERED.**

DATED: ____August 2, 2019____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 19-cv-02942 NC (PR)
ORDER OF TRANSFER